UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GREENBURG GRANT & RICHARD INC.,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-5224-BHS<br><br>ORDER |

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $402.00 Court filing fee.

Dated this 6th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　*Theresa L. Fricke*
　　　　　　　　　　　　　　　　　　　　　Theresa L. Fricke
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1