UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER C JOHNSON<br><br>　　　　　Plaintiff(s),<br>v.<br><br>GREENBURG, GRANT & RICHARDS INC.,<br><br>　　　　　Defendant. | CASE NO. 3:23-cv-5224-BHS<br><br>NOTICE OF SETTLEMENT |

**NOTICE OF SETTLEMENT**

1. Plantiff, Christopher C. Johnson, pursuant to Rule 41(a)(1)(A)(i), hereby dismisses with prejudice all claims and causes of action asserted against defendant, Greenburg, Grant & Richards INC, in the above numbered captioned action, with each party to bear its own cost.

Date of signing: 5-1-2023

　　　　　　　　　　　　　　　　　　　　　　　*Christopher C. J*
　　　　　　　　　　　　　　　　　　　　　　　Christopher C . Johnson
　　　　　　　　　　　　　　　　　　　　　　　5613 121st Street Court E #1
　　　　　　　　　　　　　　　　　　　　　　　Puyallup, Wa 98373
　　　　　　　　　　　　　　　　　　　　　　　206-331-2202

NOTICE OF SETTLEMENT - 1